IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL PROTECTIVE PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> TILLOTSON CORPORATION, <br><br> Defendant. | Civil Action No. _____ |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Ansell Protective Products Inc. states that it is ultimately a wholly-owned subsidiary of Ansell, Ltd. Ansell, Ltd. is a publicly-held company having its principal place of business in Victoria, Australia.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack Blumenfeld
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
jblumenfeld@mnat.com
(302) 658-9200
  *Attorneys for Plaintiff*
  *Ansell Protective Products Inc.*

*Of Counsel:*
Thomas B. Kenworthy
David W. Marston, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000

February 20, 2007