AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

| | |
|---|---|
| **ANSELL PROTECTIVE PRODUCTS INC.,** | **SUMMONS IN A CIVIL CASE** |
| **Plaintiff,** | |
| v. | |
| **TILLOTSON CORPORATION,** | CASE NUMBER: 07 - 93 |
| **Defendant.** | |

TO:    Tillotson Corporation
One Cranberry Hill
Suite 105
Lexington, Massachusetts 02421

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO           2/20/07
CLERK                                                              DATE

E. Strickler

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 14, 2007 |
| NAME OF SERVER *(PRINT)* <br> Scott Rosenfield | TITLE <br> Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Hand delivery of summons and complaint to Richard Horwitz, Esquire, Potter Anderson & Corroon LLP, 1313 North Market Street Wilmington, DE  19801

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:  3/15/07
              Date            Signature of Server

800 King Street; Wilmington, DE
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

742017.1