IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL PROTECTIVE PRODUCTS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TILLOTSON CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 07-93-JJF |

**REPLY OF ANSELL PROTECTIVE PRODUCTS INC.
TO THE COUNTERCLAIM OF TILLOTSON CORPORATION**

Plaintiff Ansell Protective Products Inc. ("Ansell Protective Products") hereby replies to the counterclaim of defendant Tillotson Corporation ("Tillotson") as follows:

**REPLY**

Ansell Protective Products responds to the numbered paragraphs of Tillotson's counterclaim as follows:

1. Admitted.

2. Admitted.

3. Denied.

4. As to the first sentence, Ansell Protective Products admits only that Tillotson seeks such relief, but denies that Tillotson is entitled to such relief. Ansell Protective Products admits that this Court has jurisdiction over the subject matter of Tillotson's counterclaim.

5. Ansell Protective Products admits that venue over Tillotson's counterclaim is proper in this Court.

2

6. Ansell Protective Products admits the allegations of the first sentence insofar as they relate to Luc G. DeBecker, but is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Neil E. Tillotson. The second sentence is denied.

7. It is admitted only that a patent application was filed on May 11, 1990 and that U.S. Patent No. 5,041,362 issued on May 14, 1991 purporting to identify Messrs. Tillotson and DeBecker as the inventors. The allegations of this paragraph are otherwise denied.

8. It is admitted only that an application for reissue was filed on November 13, 1995, that U.S. Reissue Patent No. Re. 35,616 ("the '616 patent") issued on September 30, 1997, and that a copy of the '616 patent is attached as Exhibit 1 of the Counterclaim. The allegations of this paragraph are otherwise denied.

9. Denied.

10. After reasonable investigation, Ansell Protective Products is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

11. The first and third sentences of this paragraph are denied. The second sentence is admitted.

12. Denied.

13. Admitted.

14. Denied.

15. Denied.

16. Ansell Protective Products incorporates herein by reference paragraphs 1-15 above.

17.  Denied.

## ADDITIONAL DEFENSES

1.  Ansell Protective Products' gloves do not infringe the '616 patent.

2.  The '616 patent is invalid.

3.  On information and belief, discovery will disclose that the '616 patent is unenforceable by reason of inequitable conduct on the part of Tillotson and/or the purported inventors, and if so, Ansell Protective Products will plead this defense with greater particularity.

4.  Tillotson's claims are barred or limited by laches.

WHEREFORE, Ansell Protective Products prays that Tillotson's counterclaim be dismissed with prejudice, that the case be adjudged an exceptional case, and that Tillotson be required to pay to Ansell Protective Products the costs of this action and Ansell Protective Products' reasonable attorney fees and expenses.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899
mnoreika@mnat.com
(302) 658-9200

*Attorneys for Plaintiff*
 *Ansell Protective Products Inc.*

*Of Counsel*:
Thomas B. Kenworthy
David W. Marston Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000
Dated: April 4, 2007

3

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, do hereby certify that on April 4, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### BY HAND DELIVERY

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, Sixth Floor
>1313 N. Market Street
>Wilmington, DE 19801

### BY FEDERAL EXPRESS

>Anthony B. Askew, Esquire
>Stephen M. Schaetzel, Esquire
>King & Spalding
>1180 Peachtree Street, N.E.
>Atlanta, GA 30309

>*/s/ Maryellen Noreika*
>Maryellen Noreika (I.D. No. 3208)