## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANSELL PROTECTIVE PRODUCTS , INC.  )
                                    )
            Plaintiff,              )
                                    )
        v.                          )       C.A. No. 07-93-JJF
                                    )
TILLOTSON CORPORATION,              )       **JURY TRIAL DEMANDED**
                                    )
            Defendant.              )

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the

following documents were caused to be served on May 18, 2007, upon the following

attorneys of record at the following addresses as indicated:

    DEFENDANT TILLOTSON CORPORATION'S FIRST SET OF
    INTERROGATORIES TO PLAINTIFF ANSELL PROTECTIVE
    PRODUCTS INC.

### VIA HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801

### VIA ELECTRONIC MAIL

Thomas B. Kenworthy
David W. Martson Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921

POTTER ANDERSON & CORROON LLP

Of-Counsel:

Anthony B. Askew
Steve M. Schaetzel
Katrina M. Quicker
Jason M. Pass
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 572-4600

Dated:  May 18, 2007
796304/30675

By:  */s/ Kenneth L. Dorsney*
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendant*
*Tillotson Corporation*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on May 18, 2007, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on May 18, 2007, I have Electronically Mailed the documents to the

following:

Thomas B. Kenworthy
David W. Martson Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
tkenworthy@morganlewis.com
dmarston@morganlewis.com

_/s/ Kenneth L. Dorsney_
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

753118 / 30675