IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL PROTECTIVE PRODUCTS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 07-93 (JJF) |
| TILLOTSON CORPORATION, | ) ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Ansell Protective Products Inc.'s First Set Of Interrogatories Directed To Defendant* were caused to be served on May 18, 2007 upon the following in the manner indicated:

**BY E-MAIL and HAND DELIVERY**

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

**BY E-MAIL and FEDERAL EXPRESS**

Stephen M. Schaetzel, Esquire
Jason M. Pass, Esquire
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA  30309

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19801
        mnoreika@mnat.com
        (302) 658-9200

        *Attorneys for Plaintiff*
        *Ansell Protective Products Inc.*

*Of Counsel*:

Thomas B. Kenworthy
David W. Marston, Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000

May 18, 2007

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### BY E-MAIL and HAND DELIVERY

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, Sixth Floor
>1313 N. Market Street
>Wilmington, DE 19801

### BY E-MAIL and FEDERAL EXPRESS

>Stephen M. Schaetzel, Esquire
>Jason M. Pass, Esquire
>King & Spalding
>1180 Peachtree Street, N.E.
>Atlanta, GA 30309

/s/ Maryellen Noreika
Maryellen Noreika (#3208)