IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL PROTECTIVE PRODUCTS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TILLOTSON CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 07-93 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Ansell Protective Products Inc.'s First Set Of Requests For Production Of Documents And Things Directed To Defendant* were caused to be served on May 18, 2007 upon the following in the manner indicated:

### BY E-MAIL and HAND DELIVERY

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

### BY E-MAIL and FEDERAL EXPRESS

Stephen M. Schaetzel, Esquire
Jason M. Pass, Esquire
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA  30309

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19801
        mnoreika@mnat.com
        (302) 658-9200

        *Attorneys for Plaintiff*
        *Ansell Protective Products Inc.*

*Of Counsel*:

Thomas B. Kenworthy
David W. Marston, Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000

May 18, 2007

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### BY E-MAIL and HAND DELIVERY

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
Wilmington, DE 19801

### BY E-MAIL and FEDERAL EXPRESS

Stephen M. Schaetzel, Esquire
Jason M. Pass, Esquire
King & Spalding
1180 Peachtree Street, N.E.
Atlanta, GA 30309

_____
Maryellen Noreika (#3208)