IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANSELL PROTECTIVE PRODUCTS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-93 (JJF) |
| | ) | |
| TILLOTSON CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Ansell Protective Products Inc.'s Response to Defendant's First Set of Interrogatories* were caused to be served on June 18, 2007 upon the following in the manner indicated:

**BY ELECTRONIC and FIRST CLASS MAIL**

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Anthony B. Askew, Esquire
Katrina M. Quicker, Esquire
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
(302) 658-9200
   *Attorneys for Plaintiff*
   *Ansell Protective Products Inc.*

*Of Counsel*:

Thomas B. Kenworthy
David W. Marston, Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000

June 19, 2007

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 19, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, Sixth Floor
>1313 N. Market Street
>Wilmington, DE  19801

**BY ELECTRONIC AND FIRST CLASS MAIL**

>Anthony B. Askew, Esquire
>Katrina M. Quicker, Esquire
>King & Spalding
>1180 Peachtree Street, N.E.
>Atlanta, GA  30309

>>*/s/ Jack B. Blumenfeld*
>>Jack B. Blumenfeld (#1014)