IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANSELL PROTECTIVE PRODUCTS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-93 (JJF) |
| | ) | |
| TILLOTSON CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Plaintiff Ansell Protective Products Inc.'s First Set of Requests for Admissions Directed to Tillotson Corporation* and (ii) *Plaintiff Ansell Protective Products Inc.'s Second Set of Interrogatories Directed to Defendant* were caused to be served on June 22, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL and HAND DELIVERY**

Richard L. Horwitz, Esquire
Kenneth L. Dorsney, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC and FIRST CLASS MAIL**

Anthony B. Askew, Esquire
Katrina M. Quicker, Esquire
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jack B. Blumenfeld*

                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      jblumenfeld@mnat.com
                                      mnoreika@mnat.com
                                      (302) 658-9200

                                      *Attorneys for Plaintiff*
                                      *Ansell Protective Products Inc.*

*Of Counsel*:

Thomas B. Kenworthy
David W. Marston, Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000

June 22, 2007

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on June 22, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP

I further certify that copies of the foregoing document were also served upon the following in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

>Richard L. Horwitz, Esquire
>Kenneth L. Dorsney, Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, Sixth Floor
>1313 N. Market Street
>Wilmington, DE 19801

### BY ELECTRONIC AND FIRST CLASS MAIL

>Anthony B. Askew, Esquire
>Katrina M. Quicker, Esquire
>King & Spalding
>1180 Peachtree Street, N.E.
>Atlanta, GA 30309

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)