## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-527-JJF |
| | ) | |
| TILLOTSON CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ANSELL PROTECTIVE PRODUCTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-93-JJF |
| | ) | |
| TILLOTSON CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### DEFENDANT TILLOTSON CORPORATION'S MOTION TO
### STAY PROCEEDINGS PENDING THE OUTCOME OF
### THE INTERNATIONAL TRADE COMMISSION'S INVESTIGATION

Defendant Tillotson Corporation ("Tillotson") respectfully moves to stay the above-captioned proceedings pending the outcome of the International Trade Commission's Investigation. The bases for this Motion are set forth in the accompanying opening brief.

### RULE 7.1.1 CERTIFICATE

Pursuant to Delaware Local Rule 7.1.1, counsel for Tillotson conferred with counsel for Plaintiff, regarding this Motion. Plaintiff, would not consent to the relief requested.

- 2 -

                                    POTTER ANDERSON & CORROON LLP

Of-Counsel:                         By:  /s/ Richard L. Horwitz
                                         Richard L. Horwitz (#2246)
Anthony B. Askew                         Kenneth L. Dorsney (#3726)
Steve M. Schaetzel                       Hercules Plaza, 6th Floor
Katrina M. Quicker                       1313 N. Market Street
Jason M. Pass                            P. O. Box 951
King & Spalding LLP                      Wilmington, DE  19899
1180 Peachtree Street, NE                (302) 984-6000
Atlanta, Georgia 30309                   rhorwitz@potteranderson.com
(404) 572-4600                           kdorsney@potteranderson.com

Dated:  July 12, 2007               *Attorneys for Defendant*
806690 / 30675                      *Tillotson Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 12, 2007, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on July 12, 2007, I have Electronically Mailed the documents to the

following:

Thomas B. Kenworthy
David W. Martson Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
tkenworthy@morganlewis.com
dmarston@morganlewis.com

/s/ Richard L. Horwitz
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

753118 / 30675

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-527-JJF |
| | ) | |
| TILLOTSON CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ANSELL PROTECTIVE PRODUCTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-93-JJF |
| | ) | |
| TILLOTSON CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

IT IS HEREBY ORDERED that the Defendant Tillotson Corporation's Motion to Stay

Proceedings Pending the Outcome of the International Trade Commission's Investigation is

GRANTED.

This _____ day of _____, 2007.


_____
United States District Judge