IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL PROTECTIVE PRODUCTS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TILLOTSON CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 07-93-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on August 2, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT TILLOTSON CORPORATION'S FIRST SUPPLEMENTAL
RESPONSE TO PLAINTIFF ANSELL PROTECTIVE PRODUCTS INC.'S
INTERROGATORY NOS. 27 AND 28 TO DEFENDANT

**VIA HAND DELIVERY AND
ELECTRONIC MAIL**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801
jblumenfeld@mnat.com
mnoreika@mnat.com

**VIA ELECTRONIC MAIL**

Thomas B. Kenworthy
David W. Martson Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
tkenworthy@morganlewis.com
dmarston@morganlewis.com

| | |
|---|---|
| OF-COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Anthony B. Askew<br>Steve M. Schaetzel<br>Katrina M. Quicker<br>Jason M. Pass<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>(404) 572-4600 | By: _/s/ Kenneth L. Dorsney_<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com |
| Gilbert B. Kaplan<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW, Suite 200 Washington, DC 20006-4706<br>(202) 661-7981 | *Attorneys for Defendant*<br>*Tillotson Corporation* |

Dated: August 2, 2007
810512 / 30675

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

I further certify that on August 2, 2007, I have Electronically Mailed the document to the following person(s):

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

Thomas B. Kenworthy
David W. Martson Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
tkenworthy@morganlewis.com
dmarston@morganlewis.com

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

753118 / 30675