
Potter Anderson & Corroon LLP

Kenneth L. Dorsney
Attorney at Law
kdorsney@potteranderson.com
302 984-6087 Direct Phone
302 658-1192 Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

August 21, 2007

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

    Re: *Ansell Protective Products Inc. v. Tillotson Corporation*,
         C.A. No. 07-93(JJF); and
         *Ansell Healthcare Products LLC v. Tillotson Corporation*
         C.A. No. 06-527 (JJF)

Dear Judge Farnan:

    Pursuant to Your Honor's request during the August 3, 2007 hearing, I am enclosing form(s) of order agreed to by the parties.

    Respectfully,

    */s/ Kenneth L. Dorsney*

    Kenneth L. Dorsney

KLD:nmt/813991/30675
Enclosure
cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)