IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC,   )<br>                                                                  )<br>             Plaintiff,                                  )<br>                                                                  )<br>   v.                                                           )<br>                                                                  )<br> TILLOTSON CORPORATION,                   )<br>                                                                  )<br>             Defendant                                )<br>                                                                  )<br>ANSELL PROTECTIVE PRODUCTS, INC., )<br>                                                                  )<br>             Plaintiff,                                  )<br>                                                                  )<br>   v.                                                           )<br>                                                                  )<br>TILLOTSON CORPORATION,                    )<br>                                                                  )<br>             Defendant.                              )  | C.A. No. 06-527-JJF<br><br>**JURY TRIAL DEMANDED**<br><br><br><br><br><br>C.A. No. 07-93-JJF<br><br>**JURY TRIAL DEMANDED** |

## ORDER

WHEREAS, on July 12, 2007, Defendant Tillotson Corporation ("Tillotson") filed Motions To Stay Proceedings Pending The Outcome Of The International Trade Commission's Investigation [C.A. No. 06-527-JJF D.I. 90; C.A. No. 07-93-JJF D.I. 22]; and

WHEREAS, on July 26, 2007, Plaintiff Ansell Healthcare Products LLC and Plaintiff Ansell Protective Products Inc. requested leave to file a motion for summary judgment as to the validity of the '616 Patent at this stage of the proceedings [C.A. No. 06-527-JJF D.I. 96; C.A. No. 07-93-JJF D.I. 27];

IT IS HEREBY ORDERED as follows:

1. Tillotson's Motions To Stay Proceedings Pending The Outcome Of The International Trade Commission's Investigation are DENIED. The Court will permit double captioning of discovery for use in both the International Trade Commission Investigation No. 337-TA-608 and the instant case before this Court.

2

    2.    Plaintiff Ansell Healthcare Products LLC and Plaintiff Ansell Protective Products Inc.'s request for leave to file a motion for summary judgment at this stage of the proceedings is DENIED.

IT IS SO ORDERED this _____ day of _____ 2007.

                                                              _____
                                                               United States District Judge

813969/30675