IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-527-JJF |
| | ) | |
| TILLOTSON CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ANSELL PROTECTIVE PRODUCTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-93-JJF |
| | ) | |
| TILLOTSON CORPORATION, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant, hereby certifies that copies of the following documents were caused to be served on October 23, 2007, upon the following attorneys of record at the following addresses as indicated:

> DEFENDANT TILLOTSON CORPORATION'S FOURTH SET OF INTERROGATORIES TO PLAINTIFF ANSELL HEALTHCARE PRODUCTS LLC
>
> DEFENDANT TILLOTSON CORPORATION'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF ANSELL HEALTHCARE PRODUCTS LLC
>
> DEFENDANT TILLOTSON CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF ANSELL PROTECTIVE PRODUCTS, INC.
>
> DEFENDANT TILLOTSON CORPORATION'S SECOND SET OF INTERROGATORIES TO PLAINTIFF ANSELL PROTECTIVE PRODUCTS, INC.

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
mnoreika@mnat.com

**VIA ELECTRONIC MAIL**

Thomas B. Kenworthy
David W. Martson Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
tkenworthy@morganlewis.com
dmarston@morganlewis.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Anthony B. Askew | |
| Steve M. Schaetzel | By:  /s/ Kenneth L. Dorsney |
| Katrina M. Quicker | Richard L. Horwitz (#2246) |
| Jason M. Pass | Kenneth L. Dorsney (#3726) |
| KING & SPALDING LLP | Hercules Plaza, 6th Floor |
| 1180 Peachtree Street, NE | 1313 N. Market Street |
| Atlanta, Georgia 30309 | P. O. Box 951 |
| (404) 572-4600 | Wilmington, DE 19899 |
| | (302) 984-6000 |
| Gilbert B. Kaplan | rhorwitz@potteranderson.com |
| KING & SPALDING LLP | kdorsney@potteranderson.com |
| 1700 Pennsylvania Avenue, NW, Suite 200 | |
| Washington, DC 20006-4706 | *Attorneys for Defendant* |
| (202) 661-7981 | *Tillotson Corporation* |

Dated: October 23, 2007
827208 / 30675

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on October 23, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

I further certify that on October 23, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld<br>Maryellen Noreika<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Thomas B. Kenworthy<br>David W. Martson Jr.<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>tkenworthy@morganlewis.com<br>dmarston@morganlewis.com |

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

753118 / 30675