IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TILLOTSON CORPORATION, ) <br> ) <br> Defendant. ) | C.A. No. 06-527 (JJF) |
| ANSELL PROTECTIVE PRODUCTS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TILLOTSON CORPORATION, ) <br> ) <br> Defendant. ) | C.A. No. 07-93 (JJF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiffs in the above-captioned actions, Ansell Healthcare Products LLC and Ansell Protective Products Inc., request the Court to grant its unopposed motion for stay pursuant to 28 U.S.C. § 1659(a) or to hear said motion on December 7, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com
(302) 658-9200

*Attorneys for Plaintiffs*
 *Ansell Healthcare Products LLC and*
 *Ansell Protective Products Inc.*

*Of Counsel*:

Thomas B. Kenworthy
David W. Marston Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5000


Dated: November 13, 2007