IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>TILLOTSON CORPORATION,<br><br>Defendant. | C.A. No. 06-527 (JJF) |
| ANSELL PROTECTIVE PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TILLOTSON CORPORATION,<br><br>Defendant. | C.A. No. 07-93 (JJF) |

[PROPOSED] ORDER

AND NOW, this __14__ day of November, 2007, upon consideration of Plaintiffs' Unopposed Motion For Stay Pursuant To 28 U.S.C. § 1659(a), it is hereby ORDERED that said motion is GRANTED. The above-captioned actions are hereby STAYED until the determination of the United States International Trade Commission in Inv. No. 337-TA-608 becomes final or further order of this Court.

_____ J.