IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TILLOTSON CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-527-JJF <br><br> **JURY TRIAL DEMANDED** |
| ANSELL PROTECTIVE PRODUCTS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TILLOTSON CORPORATION, ) <br> ) <br> Defendant. ) | C.A. No. 07-93-JJF <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Kenneth L. Dorsney, Esq., of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801, hereby withdraws his appearance as counsel for Tillotson Corporation ("Defendant"). All other attorneys involved in the case from King & Spalding LLP and Potter Anderson & Corroon LLP continue to represent Defendant.

| | |
|---|---|
| OF-COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Anthony B. Askew<br>Steve M. Schaetzel<br>Katrina M. Quicker<br>Jason M. Pass<br>KING & SPALDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>(404) 572-4600<br><br>Gilbert B. Kaplan<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW, Suite 200<br>Washington, DC 20006-4706<br>(202) 661-7981<br><br>Dated: February 29, 2008<br>851746 / 30675 | By:  /s/ Kenneth L. Dorsney<br>     Richard L. Horwitz (#2246)<br>     Kenneth L. Dorsney (#3726)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     P. O. Box 951<br>     Wilmington, DE  19899<br>     (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     kdorsney@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Tillotson Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on February 29, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

I further certify that on February 29, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld<br>Maryellen Noreika<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Thomas B. Kenworthy<br>David W. Martson Jr.<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>tkenworthy@morganlewis.com<br>dmarston@morganlewis.com |

/s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

753118 / 30675